GEORGE D. PERRY, Appellant, v. JOSEPH NEIBERT, JR., Respondent.— Order granting motion for change of venue from Suffolk county to Erie county affirmed, with ten dollars costs and disbursements. Irrespective of whether the decision of the court granting a change of venue in the former actions was *res adjudicata*, plaintiff did not appeal from the order, but obtained a consent to discontinue, and the order of discontinuance was entered in Erie county. Shortly afterwards plaintiff brings a new action for the same relief, and again places the venue in Suffolk county; that method of avoiding the order does not commend itself to the court. On all the papers we are satisfied that the ends of justice and the convenience of material witnesses are promoted by the change of place of trial to the county in which the transaction which is the subject of the litigation took place. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

JOSEPH PULVERS, an Infant, by MORRIS PULVERS, His Guardian ad Litem, Appellant, v. MAIDEN LANE REALTY COMPANY, Respondent, and Another, Defendant.— Judgment dismissing complaint reversed upon the law and the facts, with costs to appellant to abide the event, and a new trial granted, upon the ground that whether plaintiff was caused to fall into the elevator shaft by reason of the absence of the protecting bar presented a question of fact for the jury. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR ALES, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.